

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00468-CV

| | | |
|---|---|---|
| Philip Gregory Byrd, Lucy Leasing Co., LLC, and PGB Air, Inc. | § | From the 17th District Court |
| | § | of Tarrant County (17-247311-10) |
| v. | § | August 1, 2013 |
| | § | Opinion by Chief Justice Livingston |
| Vick, Carney & Smith LLP, Cantey Hanger LLP, and Nancy Ann Simenstad | § | Concurrence and Dissent by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We reverse the portion of the trial court's order dismissing the fraud, conspiracy, conversion, defamation, and intentional infliction of emotional distress claims against Nancy Simenstad, and we reverse the trial court's summary judgment for Cantey Hanger LLP on the fraud, conspiracy, and aiding and abetting claims. We remand this case to the trial court for further proceedings on those claims only. We affirm the remainder of the summary judgment for Cantey Hanger LLP, the

remainder of the dismissal order for Nancy Simenstad, and the summary judgment for Vick, Carney & Smith LLP.

It is further ordered that appellants Philip Gregory Byrd, Lucy Leasing Co., LLC, and PGB Air, Inc., jointly and severally, and appellees Nancy Simenstad and Cantey Hanger LLP, jointly and severally, shall each pay half of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _____
Chief Justice Terrie Livingston